HARRY N. GORIN *vs.* ANGELO MORELLO. December 7, 1971. This is a summary process action for possession of the defendant's apartment. A lease to the defendant was executed in 1959 by the plaintiff and one Frank Leeder doing business under an oral partnership as H. N. Gorin and Leeder Management Company. In April of 1969, Frank Leeder, on behalf of the partnership, in conformance with the provisions of the lease sent a notice to the defendant terminating the tenancy as of September 15, 1969. Leeder died on June 26, 1969, and Gorin continued with the business under the same name. The defendant continued to pay rent to the partnership after the death of Frank Leeder until the plaintiff instituted the summary process action. There is no merit to the defendant's argument that the plaintiff, as an individual, is not entitled to maintain this action on the ground that the lease and the notice to terminate were both signed by Leeder in the name of the partnership. A tenant may show a transfer or expiration of landlord's title during the term of a lease. *Lamson* v. *Clarkson*, 113 Mass. 348. In the instant case the termination of the partnership upon Leeder's death vested the rights of the lessor and the assets of the partnership in the plaintiff as

Rescript Opinions.

surviving partner. G. L. c. 108A, §§ 25 (2) (d) and 31 (4). *Cavazza* v. *Cavazza* 317 Mass. 200, 203–204. Moreover the defendant attorned to the plaintiff, Gorin, by continuing to pay rent to H. N. Gorin and Leeder Management Company after the death of Leeder at which time the partnership assets were in the plaintiff. *Hawes* v. *Shaw*, 100 Mass. 187, 189.

*Exceptions overruled.*

*Angelo Morello*, pro se.
*Harley M. Smith* for the plaintiff.